*Stephen Lichatin III,* Special Assistant Attorney General, Chief, Appellate Division, for respondents.

M. P. No. 79-350. STANLEY H. WHITE III *et al. v.* ZONING BOARD OF REVIEW OF THE CITY OF EAST PROVIDENCE *et al.* The petition for writ of certiorari is granted.

Mr. Justice Doris did not participate. *Carty & Carty, Joseph B. Carty, Jr.,* for petitioner. *Robert R. Nocera,* Assistant Solicitor, for respondents.

M. P. No. 79-376. TOWN OF CUMBERLAND *v.* JUNE S. NAUTEL *et al.* The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Richard R. Ackerman,* Town Solicitor, for petitioner. *Little, Little, McDonald & Gaschen, Francis A. Gaschen,* for respondents.

M. P. No. 79-405. WARWICK SCHOOL COMMITTEE *v.* GERALD T. GIBBONS, PURCHASING AGENT FOR THE CITY OF WARWICK *et al.* The petition for writ of mandamus is denied. Petitioner's motion to advance its appeal entitled *Warwick School Committee* v. *Gibbons* et al., No. 79-427-A is denied as moot, said appeal having already been assigned to the December, 1979 argument calendar.

Mr. Justice Doris did not participate. *Joseph A. Kelly, Albert B. West,* for petitioner. *William T. Murphy,* Assistant City Solicitor, for respondents.

M. P. No. 79-425. GEORGE, INC. *v.* JOHN H. NORBERG, TAX ADMINISTRATOR. The petition for writ of certiorari is granted.

Mr. Justice Doris did not participate. *Gorham & Gorham, John Gorham, Edmund L. Alves, Jr.,* for petitioner. *Dennis J. Roberts II,* Attorney General, *William G. Brody,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

M. P. No. 79-434. STATE *v.* JOHN A. SANTILLI. The petition for writ of certiorari is denied.